# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 10, 2025

## NO.  03-24-00410-CV

**Rickye Henderson, Appellant**

**v.**

**Armbrust & Brown, PLLC; David King; Guillermo Alarcon; and Ali Arabzadegan, Appellees**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND ELLIS
### DISMISSED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the interlocutory order entered by the trial court on June 12, 2024. Having reviewed the record, the Court agrees that this appeal should be consolidated into cause number 03-24-00509-CV and that this cause should be dismissed.  Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 03-24-00509-CV and dismisses cause number 03-24-00410-CV.  The costs will be assessed on the disposition of cause number 03-24-00509-CV.